```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION


CHRIS RYAN DAVIDSON,              )
                                  )
    Plaintiff,                    )
                                  )
vs.                               )    No. 22-1060-SHM-tmp
                                  )
STATE OF TENNESSEE,               )
                                  )
    Defendant.                    )
```

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 10), docketed February 23, 2024, dismissing the case with prejudice.  Any appeal in this matter by Movant proceeding in forma pauperis is not taken in good faith.


# APPROVED:

   */s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

   *February 23, 2024*                WENDRY R. OLIVER
DATE                                  CLERK

                                       */s/  Jairo Mendez*
                                      (By) DEPUTY CLERK